UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:24-mj-673-TAB |
| | ) | |
| PATRICIA MARIE WILLS, | ) | - 01 |
| Defendant. | ) | |

## COURTROOM MINUTE FOR JULY 25, 2024,
## HONORABLE TIM A. BAKER, MAGISTRATE JUDGE

Parties appear for a Rule 5(c)(3) hearing on the Complaint filed on out of the District of Columbia, Case No. 1:24-mj-00227-GMH. Defendant appeared in person and by FCD counsel, Sam Ansell. Government represented by AUSA Kate Olivier. USPO represented by Richard Martinez.

Financial affidavit proffered. Counsel appointed.

Charges and rights were read and explained. Defendant waived reading of the complaint. Defendant waived her right to an identity hearing and requested any other hearings she is entitled to be held in the charging district.

Government did not seek detention pending transport. Defendant is to report to the District of Columbia on August 6, 2024, at 12:30 p.m. via Zoom. Defendant waived reading of the Conditions of Release in open court.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight

and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant released on conditions of release pending further proceedings before the Court.

Date: 7/26/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system